JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA E.,[1] | Case No. SA CV 22-1360 MRW |
| Plaintiff, | JUDGMENT |
| v. | |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration on an open record for further proceedings consistent with the Court's Order.

Date: July 24, 2023

_____

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.